United States Court of Appeals

For the Eighth Circuit

_____

No. 25-3135

_____

United States of America

*Plaintiff - Appellee*

v.

James C. Curtman

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: March 27, 2026
Filed: May 6, 2026
[Unpublished]

_____

Before SHEPHERD, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

James Curtman appeals after the district court[1] revoked his supervised release
and sentenced him to 14 months in prison. His counsel has moved for leave to

_____

[1]The Honorable Brian C. Wimes, now Chief Judge, United States District Court
for the Western District of Missouri.

withdraw, and has filed a brief challenging the substantive reasonableness of the revocation sentence.

Upon careful review, we conclude that the sentence was not unreasonable, as there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors, see United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard), and the sentence was below the statutory limit, see 18 U.S.C. § 3583(e)(3).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____